| | | | | |
|---|---|---|---|---|
| State v. Dillon | 111,530 | Denied | 01/25/2016 | Unpublished |
| State v. Dorantes | 111,224 | Denied | 02/09/2016 | Unpublished |
| State v. Douglas | 111,609 | Denied | 12/14/2015 | Unpublished |
| State v. Driscoll | 111,529 | Denied | 02/09/2016 | Unpublished |
| State v. Dunn | 111,283 | Denied | 02/09/2016 | Unpublished |
| State v. Ellie | 110,454 | Denied | 02/18/2016 | Unpublished |
| State v. Ellison | 112,041 | Denied | 02/09/2016 | Unpublished |
| State v. Floyd | 112,005 | Denied | 12/14/2015 | Unpublished |
| State v. Gaither | 111,770 | Denied | 12/14/2015 | Unpublished |
| State v. Gilliland | 109,046 | Granted; sentence vacated; remanded to Dist. Ct. | 02/05/2016 | Unpublished |
| State v. Gilmore | 110,833 | Denied | 02/09/2016 | Unpublished |
| State v. Goldizen | 109,881 | Denied | 02/09/2016 | Unpublished |
| State v. Goodman | 111,431 | Denied | 12/17/2015 | Unpublished |
| State v. Greenleaf | 111,277 | Denied | 12/17/2015 | Unpublished |
| State v. Hamby | 112,892 | Denied | 12/14/2015 | Unpublished |
| State v. Hamilton | 111,577 | Denied | 12/14/2015 | Unpublished |
| State v. Henderson | 110,917 | Denied | 01/25/2016 | Unpublished |
| State v. Hervey | 112,678 | Denied | 12/14/2015 | Unpublished |
| State v. Hobson | 111,799 | Denied | 12/14/2015 | Unpublished |
| State v. Howard | 110,439 | Granted | 02/18/2016 | 51 Kan. App. 2d 28 |
| State v. Howard | 110,953 | Denied | 01/25/2016 | Unpublished |
| State v. Jackson | 111,384 | Denied | 01/25/2016 | Unpublished |
| State v. Johnson | 111,215 | Denied | 02/18/2016 | Unpublished |
| State v. Jones | 111,386 | Denied | 02/18/2016 | Unpublished |
| State v. Jones | 111,078 | Denied | 01/25/2016 | Unpublished |
| State v. Jones | 112,663 | Denied | 12/14/2015 | Unpublished |
| State v. King | 111,815 | Denied | 12/17/2015 | Unpublished |
| State v. LaPointe | 112,019 | Granted | 02/18/2016 | 51 Kan. App. 2d 742 |
| State v. Lemons | 108,894 | Denied | 12/29/2015 | Unpublished |
| State v. Lemons | 108,895 | Denied | 12/29/2015 | Unpublished |
| State v. Manns | 111,205 | Denied | 02/09/2016 | Unpublished |
| State v. McAdams | 111,469 | Denied | 02/09/2016 | Unpublished |
| State v. McClelland | 110,158 | Denied | 01/25/2016 | Unpublished |
| State v. McConnell | 110,813 | Denied | 02/18/2016 | Unpublished |
| State v. McGill | 109,789 | Denied | 01/25/2016 | 50 Kan. App. 2d 208 |
| State v. McKinney | 111,254 | Denied | 01/25/2016 | Unpublished |
| State v. Miller | 109,716 | Denied | 01/25/2016 | Unpublished |
| State v. Miller | 112,710 | Denied | 12/14/2015 | Unpublished |
| State v. Nguyen | 110,773 | Denied | 01/25/2016 | Unpublished |